IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHNATHAN LONG,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09-cv-0688-RDP |
| | ) |
| **WARDEN DAVID WISE; and** | ) |
| **ATTORNEY GENERAL FOR THE** | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

Johnathan Long ("Petitioner"), has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. #1[1]). The magistrate judge assigned this case filed his report and recommendation on November 13, 2009, recommending that the petition for writ of habeas corpus be denied. (Doc. #10). Petitioner has not filed any objections.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

---

[1] References herein to "Doc. #___" are to the document numbers assigned the various pleadings by the Clerk of the Court. They are located in the upper line of the document.

    **DONE** and **ORDERED** this   10th   day of December, 2009.

                                                          **R. DAVID PROCTOR**
                                                          UNITED STATES DISTRICT JUDGE